832

■ In the Matter of JOSEPH P. FETZNER, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Monroe Supreme Court denying petition for an order vacating respondent's revocation of petitioner's driver's license.) Present — McCurn, P. J., Bastow, Goldman and Halpern, JJ.

■ FRANK MALEY, Individually, and Doing Business under the Name of DE WITT TOOL COMPANY, Appellant, v. C. E. BAIRD, INC., et al., Defendants, and DE WITT MFG. CO., INC., et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal by plaintiff from an order of Onondaga Special Term denying plaintiff's motion for summary judgment and granting plaintiff's motion for an order of preclusion unless De Witt Co. and De Furia serve a proper bill of particulars.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ FRANK MALEY, Individually, and Doing Business under the Name of DE WITT TOOL COMPANY, Appellant, v. DE WITT MFG. CO., INC., et al., Respondents, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term granting a motion by defendants De Witt Co. and De Furia for permission to serve a second amended answer.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ ARTHUR E. HAIGHT, Appellant, v. HOWARD L. FOWLER et al., Respondents.— Judgment insofar as it relates to Donald Fowler affirmed, without costs of this appeal to either party; judgment insofar as it relates to Howard L. Fowler reversed on the law and facts and a new trial granted, with costs to appellant to abide the event. Memorandum: There were questions of fact presented which should have been submitted to the jury. All concur. (Appeal from a judgment of Monroe Trial Term dismissing the complaint on motion by defendants at the close of plaintiff's case in a negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ CITY OF FULTON, NEW YORK, Respondent, v. GREAT AMERICAN INDEMNITY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment and order of Oswego Supreme Court adjudging plaintiff to be entitled to a declaratory judgment and that defendant is obligated under the terms of the policy of insurance.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ. [11 Misc 2d 536.]

■ THOMAS A. COSTANZA, Appellant, v. WILLIAM H. REYMANN, Respondent.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. See companion case of Costanza v. Reymann (7 A D 2d 832), decided herewith. All concur. (Appeal by plaintiff from a judgment of Monroe Trial Term for plaintiff, in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PAULINE COSTANZA, by Her Guardian ad Litem, THOMAS A. COSTANZA, Appellant, v. WILLIAM H. REYMANN, Respondent.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is inadequate. All concur. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.